**Elmer A. ZUNIGA–SANTANA,
Plaintiff–Appellant,**

v.

**Patricia R. STANSBERRY, Warden,
Defendant–Appellee.**

No. 05–7794.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 22, 2006.

Decided: June 26, 2006.

Elmer A. Zuniga–Santana, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Elmer A. Zuniga–Santana, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Zuniga–Santana v. Stansberry,* No. CA–05–488–5 (E.D.N.C. Sept. 28, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*